UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RYAN JASON BEAMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:12-CV-734-D** |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that final judgment be entered in this case in accordance with the decision of the Administrative Law Judge.

**This Judgment Filed and Entered on August 31, 2015, and Copies To:**

Cynthia M. Currin                                     (via CM/ECF Notice of Electronic Filing)

Mary Ellen Russell                                   (via CM/ECF Notice of Electronic Filing)


DATE:                                                          JULIE RICHARDS JOHNSTON, CLERK

August 31, 2015                                         (By) /s/ Crystal Jenkins
                                                                      Deputy Clerk